IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-337 |
| | ) | |
| SHAWREED J. FITZGERALD | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST SHAWREED J. FITZGERALD

AND NOW, this 9th day of Sept, 2010, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Shawreed J. Fitzgerald in one Smith & Wesson .40 caliber pistol bearing serial number VDE2267 and the associated FMJ ammunition are forfeited to the United States for disposition in accordance with federal law pursuant to Title 18 United States Code, Section 924 (d)(1) and Title 28, United States Code, Section 2461 (c).

2. This Order of Forfeiture Against Shawreed J. Fitzgerald is made part of the criminal judgment against Shawreed J. Fitzgerald and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____
UNITED STATES DISTRICT COURT