IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-337 |
| | ) | |
| SHAWREED J. FITZGERALD | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this 9th day of Dec, 2010, it is hereby ORDERED, ADJUDGED and DECREED that:

1. One Smith & Wesson .40 caliber pistol bearing serial number VDE2267 and the associated FMJ ammunition are hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity including ,without limitation, Shawreed J. Fitzgerald.

_____
UNITED STATES DISTRICT COURT